AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

MELVIN C. JOHNSON
DOB:   xx/xx/xxxx

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   Between in or about   December 2006   in Washington, D.C.   , in the District of Columbia   defendant(s) did, (Track Statutory Language of Offense)

operate an unregistered automobile without a valid driver license. During the search incident to arrest, officers found counterfeit U.S. currency on Johnson. Officers found partially cut counterfeit U.S. Currency as well as items indicative of counterfeit currency manufacturing, including a laptop computer, scanner, and printer observed in the rear hatchback area of the vehicle.

in violation of Title   18   United States Code, Section(s) 471.

I further state that I am   Chad Brewer, Special Agent with the United States Secret Service,   and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

Signature of Complainant
Chad Brewer, Special Agent
United States Secret Service

AUSA, Debra Long-Doyle   (202) 305-0634
Sworn to before me and subscribed in my presence,

June 6, 2007
Date

at   Washington, D.C.
City and State

Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

I, Chad Brewer, being duly sworn, depose and state the following:

**A.     AFFIANT BACKGROUND**

1. I am a Special Agent with the United States Secret Service (hereinafter referred to as "USSS"), which is part of the United States Department of Homeland Security. I have been with the USSS since December 2004. I have conducted several investigations involving counterfeiting and financial crimes, and have participated in the execution of numerous arrest and search warrants as a Special Agent.

2. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia. During this training, I received training in Constitutional law governing search and seizure, federal rules of evidence, investigative methods, interviewing, crime scene processing, and court testimony. I have also completed the Special Agent Training Course at the USSS's James J. Rowley Training Center in Beltsville, MD. During this training, I received training in investigating several crimes, including false identification, forgery, counterfeiting, fraud, and computer crimes, as well as the investigative methods mentioned above.

3. I also hold a Master's of Forensic Science degree from the George Washington University in Washington, DC. My studies included federal criminal law; federal rules of evidence; crime scene photography, investigation and interpretation; firearms and toolmarks identification; human identification and pathology; biological evidence; terrorism; and drug trafficking.

**B.     OBJECTIVE OF THE AFFIDAVIT**

4. The objective of this affidavit is to establish probable cause for the arrest of MELVIN CLAUDIUS JOHNSON, of xxxx -xx$^{th}$ Avenue, #xxx, Hyattsville, MD 20782, with a date of birth of May x, xxxx, Social Security Number xxx-xx-xxxx and a PDID Number of xxxxx. For the

reasons set forth below, your affiant submits there is probable cause to believe MELVIN CLAUDIUS JOHNSON committed a crime in the District of Columbia, in violation of 18 U.S.C. § 471.

  C. **SOURCE OF EVIDENCE**

  5 Your affiant is familiar with the facts and circumstances of this investigation. All relevant events described herein occurred in the District of Columbia and Maryland. The information contained in this affidavit is based upon my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from other individuals, and information gained through my training and experience. Since this affidavit is being submitted for the limited purpose of supporting an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish probable cause that the defendant named herein has violated 18 U.S.C. § 471.

  D. **FACTUAL BACKGROUND**

  6. On Saturday, December 9, 2006, MELVIN CLAUDIUS JOHNSON was stopped by officers with the Metropolitan Police Department ("MPD") in Washington, DC, for traffic violations. MPD officers arrested JOHNSON for operating an unregistered automobile and for doing so without a valid driver license. During the search incident to arrest, officers found counterfeit U.S. currency on JOHNSON's person. Incident to JOHNSON's arrest, officers searched the vehicle JOHNSON was driving and found partially cut counterfeit U.S. currency as well as items indicative of counterfeit currency manufacturing, including a laptop computer, scanner, and printer observed in the rear hatchback area of the vehicle. Upon recovery of the counterfeit currency, MPD officers contacted your affiant.

  7. On December 12, 2006, your affiant obtained a search warrant for the vehicle

authorizing the search and seizure of evidence of the manufacture of counterfeit U.S. currency, both within the vehicle and the hard drive of the laptop computer. This search warrant was served on December 13, 2006. During the search, agents of the U.S. Secret Service located and seized the laptop computer, a Dell Latitude, Service Tag xxxxx, as well as the scanner and printer noted above, and numerous other equipment and supplies, suspected to have been used for the manufacture of counterfeit U.S. currency.

8. A subsequent search of the laptop computer has revealed, in addition to images of U.S. currency, several images that could be used in producing fraudulent checks and false identification documents. These images include: several states' driver's licenses and identification cards, including those from Maryland, Virginia, the District of Columbia, Delaware, New Hampshire, and others; Social Security cards; blank credit cards, scanned signatures, scanned checks, and scanned Western Union money orders.

9. Based upon the above statement of facts and circumstances, your affiant submits that probable cause exists that MELVIN CLAUDIUS JOHNSON, with the intent to defraud, knowingly counterfeited securities of the United States, and respectfully requests that an arrest warrant be issued for MELVIN CLAUDIUS JOHNSON for a violation of 18 U.S.C. § 471.

                                                                               _____
                                                                               Special Agent Chad Brewer
                                                                               United States Secret Service

Sworn to and subscribed before me this ____ day of June, 2007

_____
United States Magistrate Judge
District of Columbia