AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MELVIN C. JOHNSON

## WARRANT FOR ARREST

CASE NUMBER: **07-272-M-01**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MELVIN C. JOHNSON___
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Melvin operated an unregistered automobile without a valid driver license with counterfeit U.S. Currency as well as items indicative of counterfeit currency manufacturing, including a laptop computer, scanner, and printer observed in the rear hatchback area of the vehicle. Mr Johnson violated Title 18 USC, Section 471.

**FILED**

DEC 2 6 2007

in violation of Title __18__ United States Code, Section(s) __§ 471__.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer   District of Columbia

JUN 0 6 2007
Date and Location

Bail fixed at $ _____  by _____
                                      Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  DC District Court | | |
| DATE RECEIVED  12/26/07 | NAME AND TITLE OF ARRESTING OFFICER  Shane Clark  DUSM | SIGNATURE OF ARRESTING OFFICER  *[signature]* |
| DATE OF ARREST  12/26/07 | | |