## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| **v.** | : | **MAGISTRATE NO.: 07-000272M (CR)** |
| | : | |
| **MELVIN CLAUDIUS JOHNSON,** | : | |
| | : | **VIOLATION:18  U.S.C.§  471 (Counterfeiting** |
| | : | **and Forging Obligations or Securities of the** |
| | : | **United States)** |

### INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

_____ On or about December 9, 2006, within the District of Columbia, the defendant, **MELVIN CLAUDIUS JOHNSON**, with the intent to defraud, falsely made, forged, and counterfeited obligations of the United States, that is approximately $520 in counterfeit $20 Federal Reserve notes, copies of which are attached hereto and are incorporated by reference.

**(Counterfeiting and Forging Obligations or Securities of the United States,**
in violation of Title 18, United States Code, Section 471)

A TRUE BILL:


FOREPERSON.



Attorney of the United States in
and for the District of Columbia



FILED

FEB - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

CR 08-022-PLF
Attachments to
Indictment




































































