**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal Number: 08-022 (PLF) |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 471 |
| MELVIN C. JOHNSON, | : | (Counterfeiting and Forging Obligations |
| | : | Or Securities of the United States) |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE IN SUPPORT OF A GUILTY PLEA

The United States, by and through its attorney, the United states Attorney for the District of Columbia, and the defendant hereby submit this Statement of Offense in Support of a Guilty Plea.

A.     ELEMENTS OF THE OFFENSE

The defendant has agreed to plead guilty to a Indictment charging him with Counterfeiting and Forging Obligations or Securities of the United States in violation of Title 18, United States Code, Section 471.  The essential elements of this offense are:

1.     That the Defendant made counterfeit Federal Reserve Notes, as charged; and

2.     That the Defendant did so willfully with intent to defraud.

3.     To act with "intent to defraud" means to act with the specific intent to deceive or cheat,  ordinarily for the purpose of causing some financial loss to another or bringing about some financial gain to one's self.

4.     It is not necessary, however, to prove that the United States or anyone else was in-fact defrauded so long as it is established that the Defendant acted "with intent to defraud."

B.    STATEMENT OF THE OFFENSE

If the case against defendant, MELVIN C. JOHNSON, had gone to trial, the government's evidence would have shown beyond a reasonable doubt as follows:

1.    On Saturday, December 9, 2006, MELVIN C. JOHNSON was stopped by officers with the Metropolitan Police Department ("MPD") in Washington, DC, for traffic violations. MPD officers arrested JOHNSON for operating an unregistered automobile and for doing so without a valid driver license. During the search incident to arrest, officers found counterfeit U.S. currency on JOHNSON's person. Incident to JOHNSON's arrest, officers searched the vehicle JOHNSON was driving and found partially cut counterfeit U.S. currency as well as items indicative of counterfeit currency manufacturing, including a laptop computer, scanner, and printer observed in the rear hatchback area of the vehicle. Upon recovery of the counterfeit currency, MPD officers contacted Secret Service Special Agent Chad Brewer. The total amount of counterfeit currency in defendant JOHNSON's possession was $520 in $20 Federal Reserve notes.

2.    On December 12, 2006, Special Agent Brewer obtained a search warrant for the vehicle authorizing the search and seizure of evidence of the manufacture of counterfeit U.S. currency, both within the vehicle and the hard drive of the laptop computer. This search warrant was executed on December 13, 2006. During the search, agents of the U.S. Secret Service located and seized the laptop computer, a Dell Latitude, Service Tag 8B68E, as well as the scanner and printer noted above, and numerous other equipment and supplies, suspected to have been used for the manufacture of counterfeit U.S. currency.

3.    A subsequent search of the laptop computer revealed, in addition to images of U.S.

2

currency, several images that could be used in producing fraudulent checks and false identification

documents. These images include: several states' driver's licenses and identification cards, including

those from Maryland, Virginia, the District of Columbia, Delaware, New Hampshire, and others;

Social Security cards; blank credit cards, scanned signatures, scanned checks, and scanned Western

Union money orders.

4.      The government's evidence would have further shown that on July 11, 2007, Mount

Ranier. Maryland Police Officer O. Wilson approached defendant MELVIN C. JOHNSON who was

with two other men in a park in the area of 2900 Arundel Road, an area known be a high drug area.

As he approached, he smelled a strong odor of marijuana where the three men were sitting.

5.      Upon further investigation, a marijuana cigarette was found next to defendant

JOHNSON'S foot. To the right of JOHNSON, Officer Wilson found counterfeit one hundred dollar

and counterfeit ten dollar Federal Reserve notes printed on sheets of paper. When asked to whom

the counterfeit bills belonged, defendant  JOHNSON responded that everything belonged to him.

Defendant JOHNSON was then placed under arrest and transported to Upper Marlboro Department

of Corrections for processing.  The total amount of counterfeit currency in defendant JOHNSON's

possession was $6,260.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number: 498610

By: _____

DEBRA L. LONG-DOYLE
D.C. Bar No. 362518
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 305-0634
Debra.Long-Doyle@USDOJ.Gov

## DEFENDANT MELVIN C. JOHNSON'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, James W. Rudasill, Jr., Esquire.  I fully understand this factual proffer.  I agree and acknowledge by my signature that this proffer of facts is true and accurate.  I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 05/09/09                          _____

MELVIN C. JOHNSON
Defendant

4

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully.  I concur in my client's desire to adopt this factual proffer as true and accurate.


Date: _5/09/08_

_[signature]_

JAMES W. RUDASILL, Esquire
Attorney for Melvin C. Johnson