**HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: 08-22-01** |
| | : | |
| **vs.** | : | **SSN: N/A** |
| | : | |
| **JOHNSON, Melvin C.** | | **Disclosure Date: May 30, 2008** |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further
acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____          _____
**Prosecuting Attorney**                                         **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)

(✓)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____          _____
**Defendant          Date                    Defense Counsel                Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **June 13, 2008**, to U.S. Probation Officer **Kelli Cave**,
telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
**By:** Gennine A. Hagar, Chief
United States Probation Officer